CHARLES B. KIRBY ET AL., APPELLEES, V. THOMAS R. KIMBALL ET AL., APPELLANTS.

FILED JUNE 12, 1930. No. 27325.

*Battelle, Morgan, Strehlow & Anderson*, for appellants.

*Byron G. Burbank* and *Verne W. Vance, contra.*

Heard before ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

Plaintiffs brought this action in the district court for Douglas county to enjoin defendants from using their premises in the city of Omaha as a chicken farm, alleging that such use constituted a nuisance. The trial court found for plaintiffs and defendants have appealed.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.

THOMPSON, J., not participating.